NO. SCWC-12-0000145

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ASSOCIATION OF CONDOMINIUM HOMEOWNERS OF TROPICS AT WAIKELE,
by its Board of Directors,
Respondent/Plaintiff-Appellee,

vs.

PATSY NAOMI SAKUMA,
Petitioner/Defendant-Appellant,

and

FIRST HAWAIIAN BANK, a Hawaiʻi corporation; and WAIKELE
COMMUNITY ASSOCIATION, a Hawaiʻi nonprofit corporation,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-12-0000145; CIV. NO. 07-1-1487)

ORDER
(By: Nakayama, Acting C.J., Acoba, McKenna, and Pollack, JJ., and
Circuit Judge Kubo, in place of Recktenwald, C.J., recused)

Petitioner/defendant-appellant Patsy N. Sakuma's
application for writ of certiorari, filed on September 13, 2012,
is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 16, 2012.

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Edward H. Kubo, Jr.

